# LaRocca Hornik Rosen & Greenberg LLP

COUNSELLORS AT LAW

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

LHRGB.COM

Freehold Commons
83 South Street
3rd Floor
Freehold, NJ 07728
732.409.1144
732.409.0350 fax

Private Lender Group
212.536.3529
732.625.2463 fax

Frank J. LaRocca ◊
Jonathan L. Hornik
Lawrence S. Rosen
Rose Greenberg ∆
Amy D. Carlin ∆
Patrick McPartland ∆
David N. Kittredge ∆
Jared E. Blumetti
Faisal R. Lateef ∆
Sanford Hausler ∆
Bryan A. Christenson
Jason W. Moussourakis ∆
Stan Sharovskiy ∆
Peter Kelegian ∆
Drew Tanner ‡
Lauren Weissman-Falk
Andrew Selevan
Nelson Diaz
Dorothy Brown Duncan

∆ New York Bar Only
‡ New Jersey Bar Only
◊ Of Counsel Attorneys
○ Certified Matrimonial Law Attorney

DIRECT DIAL: 212.530.4837
EMAIL: PMCPARTLAND@LHRGB.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2021

August 5, 2021

**VIA ECF**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:   Jane Doe v. Polise Consulting Engineers, D.P.C. et al.
      United States District Court, Southern District of New York
      Civil Action No. 21-cv-00609 (CM) (SDA)

*[Handwritten: Extension granted. Colleen McMahon 8/9/2021]*

Dear Chief Judge McMahon:

We represent defendant Polise Consulting Engineers, D.P.C. ("PCE") in the above-captioned action and are writing, in accordance with Section I(D) of Your Honor's Individual Practices, to respectfully request that the Court extend the parties' respective deadlines to brief the remainder of plaintiff's July 30, 2021 motion to disqualify as follows:

1. PCE's time to file papers in opposition to the motion is extended from August 13 to August 27, 2021; and

2. Plaintiff's time to file reply papers in further support of the motion is extended from August 20 to September 10, 2021.

The reason for this request is to accommodate the professional and personal schedules of the attorneys in our firm. Plaintiff consents to this request.

Respectfully submitted,

*Patrick McPartland*

Patrick McPartland

cc:   Counsel of record (*via* ECF)