# LAROCCA HORNIK ROSEN & GREENBERG LLP

### COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732.409.1144
732.409.0350 FAX

PRIVATE LENDER GROUP
212.536.3529
732 625 2463 FAX

FRANK J LAROCCA
JONATHAN L. HORNIK
LAWRENCE S. ROSEN
ROSE GREENBERG
AMY D. CARLIN
PATRICK MCPARTLAND
DAVID N. KITTREDGE
JARED E. BLUMETTI
FAISAL R LATEEF
SANFORD HAUSLER
JASON W MOUSSOURAKIS
STAN SHAROVSKIY
JOHN L. GARCIA
PETER KELEGIAN
DREW TANNER
LAUREN WEISSMAN-FALK
NELSON DIAZ
RYAN DUFFY
DANIEL KRAFT



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2022

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHRGB.COM

April 1, 2022

**MEMO ENDORSED**

*[signed]* Colleen McMahon
4/4/2022

**VIA ECF**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: Jane Doe v. Polise Consulting Engineers, D.P.C. et al.
United States District Court, Southern District of New York
Civil Action No. 21-cv-00609 (CM) (SDA)

Dear Chief Judge McMahon:

We represent defendant Polise Consulting Engineers, D.P.C. ("PCE") in the above-captioned action and are writing, in accordance with Section I(D) of Your Honor's Individual Practices, to respectfully request that the Court (i) extend the parties' deadline to submit their joint pre-trial order and other trial filings from April 15 to May 6, 2022, and (ii) "so-order" the following proposed briefing schedule for PCE's anticipated motion for summary judgment:

1) PCE to file its moving papers by May 5, 2022;

2) Plaintiff to file her opposition papers by June 9, 2022; and

3) PCE to file its reply papers by June 30, 2022.

The reason for this request is to accommodate the professional schedule of the undersigned in the coming weeks which includes, among various depositions and applications, the filing of a respondent's brief with the Appellate Division, First Department on April 20th and the filing of moving papers on a motion for summary judgment before Judge Cronan of this Court on May 6th.

Plaintiff and co-defendant consent to this request. This is PCE's first request to extend the pre-trial submissions deadline. There were two prior requests made by plaintiff and one prior request made by co-defendant to extend the fact discovery and pre-trial submissions deadlines, all of which were granted by the Court on consent.

Respectfully submitted,

/s/ *Jared E. Blumetti*

Jared E. Blumetti

cc: Counsel of record (*via ECF*)